FILED
RICHARD W. NAGEL
CLERK OF COURT

7/28/2025

U.S. DISTRICT COURT
SOUTHERN DIST. OHIO
WEST. DIV. DAYTON

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | Case No.: 3:25MJ304 |
| | : | ~~3:25MJ305~~ |
| Plaintiff, | : | |
| | : | **ORDER** |
| v. | : | |
| | : | |
| **RACHELL CANO MADRIGAL,** | : | |
| | : | |
| Defendant. | : | |
| | : | |
| and | : | |
| | : | |
| **UNITED STATES OF AMERICA,** | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| **RODELIO NEDEL CARILLO LUGO,** | : | |
| | : | |
| Defendant. | : | |

## ORDER

On or about July 25, 2025, pursuant to Federal Rule of Criminal Procedure 48(a), the United States moved to dismiss the criminal complaint in this case. The Court hereby GRANTS this motion and orders the complaints in each of these matters dismissed without prejudice.

7/28/2025

DATE

UNITED STATES MAGISTRATE JUDGE